**Dismissed and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00393-CV

## IN THE INTEREST OF H. G. P. C. AND Z.A.C., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-16957**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant filed a notice of appeal stating she desired to appeal the trial court's "order granting the setting aside the Protective Order reversing the Mediated Settlement Agreement," which she states was signed by the trial court on February 27, 2015. Because the clerk's record does not include such an order, by order dated June 29, 2015, we ordered appellant to obtain a supplemental clerk's record including any appealable order within ten days of the date of the order. We cautioned appellant that failure to comply with the Court's order could result in the dismissal of the appeal without further notice. To date appellant has not complied with the Court's order. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b),(c).

150393F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H. G. P. C. AND
Z.A.C., CHILDREN

No. 05-15-00393-CV

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-07-16957.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered July 30, 2015.